Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED IN CLERKS OFFICE
2021 JAN -6 PM 4: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts
—02210

"Complaint"

Domingos Correia,

Case No. _____

(to be filled in by the Clerk's Office)

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) [Yes]  'No

-v-

① Sandra Lee Bonsall
② CARL Launtrey, Codefendants "

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

USMS SCREENED

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint  A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Domingos Correia
Street Address: 33 Maggi Road,
City and County: Oak Island,
State and Zip Code: Revere, Massachusetts 02151
Telephone Number:
E-mail Address:

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Sandra Lee Bonsall
- Job or Title *(if known)*
- Street Address: 11 Constitution Avenue
- City and County: Revere, Massachusetts
- State and Zip Code: 02151
- Telephone Number E-mail Address *(if known)*

Defendant No. 2
- Name: CARL LAWNFREY
- Job or Title *(if known)*
- Street Address: 11 Constitution Avenue
- City and County: Revere, Massachusetts
- State and Zip Code: 02151
- Telephone Number E-mail Address *(if known)*: Prior Address: at Napa, Napa County, California

Defendant No. 3
- Name: Jessica Lynn Bonsall
- Job or Title *(if known)*
- Street Address: 11 Constitution Avenue
- City and County: Revere, Massachusetts
- State and Zip Code: 02151
- Telephone Number E-mail Address *(if known)*

Defendant No. 4
- Name: Christopher James Bonsall
  11 Constitution Avenue
  Revere, Massachusetts 02151

Your Honorable, certain defendant are a joint petitions, whether, presumption of abuse arisen.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Sandra Bonsall, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* _____

   b. If the defendant is a corporation

   The defendant, *(name)* Shella Care Laundry, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*: Assert, Defendant, Sandra Lee Bansall, Indemnified for "Breach of Trust" Defendant, Did Steal in Access of and the sum Amount assess " one millions Dollars (USA)." ...

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Assert, Plaintiff come to this Court requesting Honorable to Bring Defendent to Justice. Defendant, Priorly, occupation of 21-23 Thornton street Condominium unit 5, unit 4, and unit 2 without Authorization or Consent; Wherefore: defendant raising childrens, whether, Presumption of abuse arisen. defendant is not a member of my family or families to Plaintiff. Plaintiff seek defendent be Indemnified full extent of Law allowed and seem appropriate and Proper ...

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *Plaintiff seeks basis for claiming that the wrongs alleged are continuing at present time. Include any the sum amounts of any actual damages claimed for the Acts.*

## V. Certification and Closing

*" Alleged and basis for these amounts."*

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *12-30-2020*

Signature of Plaintiff: *Domingos Correia*

Printed Name of Plaintiff: *Domingos Correia, "Prose"*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

**USMS SCREENED**

| | |
|---|---|
| Printed Name of Attorney | N/A |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |